IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **GARLAND RAY ELLENBURG, II,**<br><br>　　Plaintiff,<br><br>v.<br><br>**ANDREW SAUL,**<br>*Commissioner of Social Security*,<br><br>　　Defendant. | **Case No. 20-1168-DDC** |

## MEMORANDUM AND ORDER

Upon consideration of defendant's Unopposed Motion to Reverse and Remand and For Entry of Final Judgment, and good cause appearing, the court reverses the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g), and remands the cause to the Commissioner for further administrative proceedings.

**IT IS HEREBY ORDERED** that the Commissioner's decision is REVERSED under sentence four of 42 U.S.C. § 405(g) and REMANDED to the Commissioner for further administrative proceedings.

**IT IS FURTHER ORDERED** that the Clerk of the Court will enter a separate judgment under Fed. R. Civ. P. 58. *See Shalala v. Schaefer*, 509 U.S. 292, 296–302 (1993) (holding that a sentence four remand order is a final judgment).

**IT IS SO ORDERED.**

Dated this 11th day of January, 2021, at Kansas City, Kansas.

　　　　　　　　　　　　　　　　　　　　　　　　s/ Daniel D. Crabtree
　　　　　　　　　　　　　　　　　　　　　　　　Daniel D. Crabtree
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge